# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Jernigan, Stacey G. | U.S. Bankruptcy Court, NDTX | 04/24/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> **5b.** ☐ Amended Report | 01/01/2019 **to** 12/31/2019 |

**7. Chambers or Office Address**

1100 Commerce St., Room 1254
Dallas, TX 75242

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Family Trust #1 (trust created by settlor/family member on 5/28/2015). |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1998 | Haynes and Boone, LLP Partners' Retirement Plan - Defined Benefit Pension Plan (vested pension benefit earned at former law firm; common fund - no control). |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jernigan, Stacey G. | 04/24/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | Amazon Publishing, book royalties | $717.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Dallas Police Dept.-salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | State Bar of Texas Bankruptcy Law Section | March 8 through March 16 | Ho Chi Minh City, Vietnam | Speaker at International Bankruptcy Seminar | Transportation, lodging, food |
| 2. | National Conference of Bankruptcy Judges | October 29 through November 2 | Washington, DC | Committee Participant, NCBJ Annual Conference | Transportation, lodging, food |
| 3. | State Bar of Texas Bankruptcy Section | April 17 through April 19 | Austin, TX | Speaker, Bankruptcy Bench-Bar | Transportation, lodging, food |
| 4. | University of Texas School of Law | November 14 through November 15 | Auatin, TX | Speaker, Westbrook Bankruptcy Conference | Transportation, lodging, food |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jernigan, Stacey G. | 04/24/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Capital Mortgage | Mortgage loan on condominium acquired for family member in Dallas, TX (Pt. VII, line 12) | L |
| 2. | DLUNST | College Tuition (Guaranty ▬▬▬ Student Loan) | J |
| 3. | Sallie Mae | College Tuition (Guaranty ▬▬▬ Student Loan) | K |
| 4. | Sallie Mae | College Tuition (Guaranty ▬▬▬ Student Loan) | K |
| 5. | Sallie Mae | College Tuition (Guaranty ▬▬▬ Student Loan) | K |
| 6. | Sallie Mae | College Tuition (Guaranty ▬▬▬ Student Loan) | J |

| Name of Person Reporting | Date of Report |
|---|---|
| **Jernigan, Stacey G.** | 04/24/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Bank of America Checking Accts | A | Interest | J | T | | | | | |
| 2. | Bank of America Savings Acct | A | Interest | J | T | | | | | |
| 3. | IRA - BOSC, Inc. a/k/a BOK Financial Securities | | | | | | | | | |
| 4. | - Growth Fund of America | B | Int./Div. | M | T | | | | | |
| 5. | - New Perspective Fund | B | Int./Div. | M | T | | | | | |
| 6. | - Capital World Growth & Income Fund | B | Int./Div. | L | T | | | | | |
| 7. | - Fundamental Investors Fund | B | Int./Div. | M | T | | | | | |
| 8. | - Income Fund of America | C | Int./Div. | M | T | | | | | |
| 9. | -Griffin Institutional Real Estate Fund | B | Int./Div. | K | T | | | | | |
| 10. | -Pershing Gov't Acct | A | Interest | J | T | Distributed (part) | 08/19/19 | K | | |
| 11. | Family Trust #1 (funds invested in Merrill Lynch accts ) | | | | | | | | | |
| 12. | -Cash | | None | K | T | | | | | |
| 13. | -CD | A | Interest | K | T | Buy | 01/29/19 | K | | |
| 14. | -Invesco | A | Int./Div. | J | T | Buy | 01/29/19 | J | | |
| 15. | -Pimco | A | Int./Div. | K | T | Buy | 01/29/19 | K | | |
| 16. | -Blackrock Eqty Dividend | A | Int./Div. | J | T | Buy | 01/14/19 | J | | |
| 17. | -Clearbridge Large Cap | A | Int./Div. | J | T | Buy | 01/14/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jernigan, Stacey G. | 04/24/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -ISH USD High Yield | A | Int./Div. | J | T | Buy | 03/21/19 | J | | |
| 19. -iShares Russell 1000 | A | Int./Div. | K | T | Buy | 01/14/19 | K | | |
| 20. iShares US Treasury Bonds | A | Int./Div. | K | T | Buy | 01/14/19 | K | | |
| 21. -iShares TR Core MSCI EAF | A | Int./Div. | J | T | Buy | 01/14/19 | J | | |
| 22. -MFS Value FD CL I | A | Int./Div. | J | T | Buy | 01/14/19 | J | | |
| 23. -Neuberger Berman Intl | A | Int./Div. | J | T | Buy | 01/15/19 | J | | |
| 24. -Schwab US Small-Cap ETF | A | Int./Div. | J | T | Buy | 01/22/19 | J | | |
| 25. -T Rowe Price Emerging | A | Int./Div. | J | T | Buy | 01/14/19 | J | | |
| 26. -TCW Total Return | A | Int./Div. | K | T | Buy | 01/14/19 | K | | |
| 27. -Vanguard Intrmdiate-Term | B | Int./Div. | K | T | Buy | 01/14/19 | K | | |
| 28. -Vanguard Short-Term | A | Int./Div. | J | T | Buy | 01/14/19 | J | | |
| 29. Condominium, Dallas, TX | | None | L | W | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Jernigan, Stacey G.** | 04/24/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

At Part VII, Line 11-28, "Family Trust #1" is a revocable living trust created by a family member of the filer, as grantor/settlor, who is neither the filer, the filer's spouse, nor the filer's dependent child. Neither the filer, the filer's spouse, nor any dependent children receive any income from it, but the filer has a residual beneficial interest in it and, as Trustee, has knowledge of the holdings in the trust. Prior to January 2019, all funds in the trust were held in a Merrill Lynch cash account.  In January 2019, Merrill Lynch was instructed to invest the funds in CDs and mutual funds, which explains the changes from the 2018 financial disclosure report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Stacey G. Jernigan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544